FORM L51 Final Decree (v.9.14)　　　　　　　　　　　　　　　　　　　　　　　　　　　　15–10455 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# FINAL DECREE

**Case Number:** 15–10455 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Derik E. Jakusz
xxx–xx–2091

5046 W. Tenaya Avenue
Fresno, CA 93722

Angelina V. Jakusz
xxx–xx–4156

5046 W. Tenaya Avenue
Fresno, CA 93722

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Francher Creek Nursery, Inc.
Ed Jakusz & Son Property Maintenance, In
Jakusz Land Company, LLC
Pro–Turf, Inc.
Turf Medix, Inc.

Angelinaa V. Jakusz
Angie V. Jakusz
Sisters Yoga, Inc.

**Trustee:**　　Robert A. Hawkins
　　　　　　　1849 N Helm #110
　　　　　　　Fresno, CA 93727

**Telephone Number:**　559–255–0555

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:　501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:　2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
5/29/15

For the Court,
Wayne Blackwelder , Clerk